IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ELIZABETH D. HOLT, | ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) | Case No. 18-CV-00860-DGK |
| MEDICARE MEDICAID ADVISORS, INC., MEDICARE MEDICAID ADVISORS USA, INC., CAREFREE INSURANCE INC., AETNA INC., HUMANA INC., BLUE CROSS BLUE SHIELD OF KANSAS CITY, and UNITEDHEALTHCARE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT HUMANA INC.'S MOTION TO DISMISS
RELATOR'S SECOND AMENDED COMPLAINT**

Defendant Humana Inc. ("Humana"), by counsel, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), hereby move this Court for an order dismissing the Second Amended Complaint filed by Relator Elizabeth Holt in its entirety and with prejudice for the reasons set forth more fully in Defendant's accompanying Suggestions in Support of Motion to Dismiss filed contemporaneously herewith.

Dated: January 14, 2022

Respectfully submitted,

*David Pivnick*
R. Kent Warren (MO Bar # 59567)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202-2146
704-343-2365
kwarren@mcguirewoods.com

Edwin E. Brooks (*admitted pro hac vice*)
Christina M. Egan (*admitted pro hac vice*)
David J. Pivnick (*admitted pro hac vice*)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312-849-8100
ebrooks@mcguirewoods.com
cegan@mcguirewoods.com
dpivnick@mcguirewoods.com

**CERTIFICATE OF SERVICE**

      I, David J. Pivnick, an attorney, hereby certify that on January 14, 2022, I caused a copy of the foregoing Motion to Dismiss the Second Amended Complaint to be served via the Court's CM/ECF Filing System upon all counsel of record.

                                                */s/ David J. Pivnick*
                                                 David J. Pivnick