IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ELIZABETH D. HOLT, <br><br> Relator, <br><br> v. <br><br> MEDICARE MEDICAID ADVISORS, INC., et al., <br><br> Defendants. | No. 4:18-CV-00860-DGK |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Motions to Dismiss for Failure to State a Claim (Docs. 67, 69, 74, and 76) are GRANTED.

August 22, 2022　　　　　　　　　　　Paige Wymore-Wynn
Dated　　　　　　　　　　　　　　　　Clerk of Court

August 23, 2022　　　　　　　　　　　/s/ Tracy Strodtman
Entered　　　　　　　　　　　　　　　(by) Deputy Clerk